# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:08 cv 365

| | | |
|---|---|---|
| **DOVE AIR, INC. and** | ) | |
| **JOSEPH W. DUNCAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **J. R. TOMKINSON, INC. and** | ) | |
| **JOSEPH R. TOMKINSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a motion filed by Boyd B. Massagee, III entitled, "Motion for Order Permitting Withdrawal of Counsel" (#3). The matter is also before the court pursuant to the court's Orders (#4, #5 & #14) in which the undersigned directed that a hearing of the motion to withdraw was necessary. It appearing to the court upon inquiry that the attorney that shall represent the plaintiff Dove Air, Inc. shall be Steven J. Allen who has made a general appearance on behalf of the plaintiffs and specifically the plaintiff Dove Air, Inc. and that all other directives of the Orders (#4, #5 and #14) have been complied with.

# ORDER

**IT IS, THEREFORE, ORDERED** that the "Motion for Order Permitting Withdrawal of Counsel" (#3) be **ALLOWED** and that Boyd B. Massagee III and the firm of Prince, Youngblood & Massagee, PLLC are hereby **ALLOWED** to withdraw as counsel for the plaintiff in the above referenced matter. The plaintiffs shall hereafter be represented by Steven J. Allen, Attorney at Law, P. O. Box 580, Flat Rock, NC 28731.

Signed: October 30, 2008

Dennis L. Howell
United States Magistrate Judge