# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08cv365

| | |
|---|---|
| DOVE AIR, INC.; and JOSEPH W. DUNCAN, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ORDER ) |
| J. R. TOMKINSON, INC.; and JOSEPH R. TOMKINSON, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the court on non-party Insured Aircraft Title Service, Inc.'s Motion to Quash Subpoena and Objection to Production of Documents. The non-party filed such motion on October 23, 2008, making responses due to be filed not later than November 9, 2008. L.Cv.R. 7.1(E).[1] Having considered non-party Insured Aircraft Title Service, Inc.'s motion and reviewed the pleadings, and finding that such is unopposed, the court enters the following Order.

**ORDER**

---

[1] While it could have certainly been argued that the briefing requirement of the Local Civil Rules was not met by the third party's "Motion and Brief" or that such non-party failed to show a sufficient basis for the relief sought, such arguments were not made.

**IT IS, THEREFORE, ORDERED** that non-party Insured Aircraft Title Service, Inc.'s Motion to Quash Subpoena and Objection to Production of Documents (#18) is **GRANTED,** and the Subpoena is **QUASHED** and a Protective Order is entered providing that non-party Insured Aircraft Title Service, Inc., need not answer the propounded request for production of documents.

Signed: November 12, 2008

Dennis L. Howell
United States Magistrate Judge